IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

LUANN WORKMAN COLLINS

CASE No. 9-13-bk-15797-FMD

_____ Debtor(s)    / ___

DIANE L. JENSEN, Trustee
in Bankruptcy,
                Plaintiff,
v.
LUANN WORKMAN COLLINS

ADV. Proc. 9-14-ap-00773-FMD

_____ Defendant(s)  / ___

## MOTION FOR APPROVAL OF
## STIPULATION RE: RESOLUTION OF ADVERSARY PROCEEDING

    Comes now Diane L. Jensen as Trustee in Bankruptcy of the above captioned matter and she does hereby move unto this Honorable Court for approval of Stipulation Re: Resolution of Adversary Proceeding attached hereto, and as grounds therefor would state that she believes it would be in the best interest of the bankruptcy estate for the Stipulation to be approved since it allows the Debtor/Defendant to pay the balance due, including suit costs, and is not a compromise.

    WHEREFORE, Movant prays that the stipulation be approved and the Debtor/Defendant be directed to make the payment(s) in accordance with the terms stated therein.

    I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee, LUANN WORKMAN COLLINS**, 16470 OAKVIEW CIRCLE , ALVA, FL 33920, and **DAVID R. SINGHA**, P. O. Box 56424, St. Petersburg, FL 33732, on this _____10-23-14_____.

                                        PAVESE LAW FIRM
                                        Attorneys for Trustee/Plaintiff
                                        Post Office Drawer 1507
                                        Fort Myers, Florida 33902
                                        (239) 336-6263
                                        (239) 332-2243 - fax

                                By:___/s/ DIANE L. JENSEN_____
                                    Diane L. Jensen
                                    Florida Bar #:153607

F:\WPDATA\SUE\WORDDOCS\STIPS\Collins.Luann.ResolveAdversary.doc

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

CASE No. 9-13-bk-15797-FMD

LUANN WORKMAN COLLINS

    Debtor(s)    /


DIANE L. JENSEN, Trustee
in Bankruptcy,

        Plaintiff,

v.


LUANN WORKMAN COLLINS         ADV. Proc. 9-14-ap-00773-FMD

    Defendant(s)   /


## STIPULATION RE: RESOLUTION OF ADVERSARY PROCEEDING

Come now Diane L. Jensen, Plaintiff and Trustee in Bankruptcy of the above captioned matter, and LUANN WORKMAN COLLINS, by and through their undersigned counsel, and they do hereby stipulate as follows:

1. Debtor/Defendant and Trustee entered into a Stipulation wherein the Debtor/Defendant agreed to repurchase non-exempt assets for the amount stated therein, and which Stipulation was executed on her behalf by her attorney of record at that time. That Stipulation was served upon all creditors, however, Debtor/Defendant defaulted in the terms of the Stipulation, and Trustee/Plaintiff filed this adversary proceeding to enforce the terms of the Order that was entered thereon.

2. The Plaintiff and the Defendant have reached an agreement wherein the Defendant has paid the amount of $4,367.31 for monthly payments due August, September and October, including $150.00 late fees, plus $850.00 for Trustee's attorney's fees for the need to file the adversary proceeding, and $350.00 reimbursement for the adversary filing fee, for a total of $5,567.31, leaving a balance due under the original Stipulation of $7,028.85, payable at $1,405.77 per month, beginning November 5, 2014, with subsequent payments being due on the 5th day of each month thereafter until the entire balance has been paid in full. In the event the payment is not received by the Trustee no later than five calendar days after the due date, the

Debtor agrees to pay a late fee of Fifty Dollars ($50). In the event a check is returned to the Trustee for insufficient funds, the Debtor agrees to pay a returned check fee of $50.00.

    3. In the event of a default in the payments under this Stipulation, the Defendant acknowledges and agrees that the Plaintiff shall have the right to proceed with the suit, including the filing of a Motion for Final Judgment.

DATED: 10/23/14

PAVESE LAW FIRM
Attorneys for Trustee/Plaintiff
Post Office Drawer 1507
Fort Myers, Florida 33902
(239) 336-6263
(239) 332-2243 fax

By: _____
    Diane L. Jensen
    Florida Bar No. 153607

DAVID R. SINGHA, P.A.
Attorneys for Debtor/Defendant
P. O. Box 56424
St. Petersburg, FL 33732
(727) 327-3219

By: _____
    DAVID R. SINGHA

F:\WPDATA\SUE\WORDDOCS\STIPS\Collins.Luann.ResolveAdversary.doc